# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SIMPORE ISSOUF,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case 4:12-783-VEH-TMP |
| | ) |
| **ERIC H. HOLDER, JR.,** *et al.*, | ) |
| | ) |
| Respondents. | ) |

## O R D E R

On May 14, 2012, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 6th day of May, 2012.

/s/ VEHopkins
**VIRGINIA EMERSON HOPKINS**
United States District Judge